IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRENDA DUNN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:10-0055 |
| MCDONALD'S CORPORATION, | ) ) | Judge Trauger |
| Defendant. | ) ) | |

**O R D E R**

It is hereby **ORDERED** that the plaintiff shall respond to the defendant's Motion For Summary Judgment (Docket No. 15) by June 11, 2010, and the defendant shall file any optional reply by June 21, 2010.

It is so **ORDERED**.

ENTER this 17th day of May 2010.

ALETA A. TRAUGER
U.S. District Judge